UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHNNY DE LOS SANTOS,

               Defendant.

**ORDER**

21 Cr. 130 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, the parties will submit a joint letter by August 13, 2021, stating whether there will be a disposition at the next scheduled conference on August 20, 2021.

Dated: New York, New York
       June 21, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge