UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHNNY DE LOS SANTOS,

Defendant.

**ORDER**

21 Cr. 130 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Subject to this District's COVID-19 protocols, trial in this matter will begin on

**February 14, 2022, at 9:30 a.m.**  The courtroom will be announced in a subsequent order.

Pretrial submissions – motions in limine, proposed voir dire, and requests to charge –are due on

**January 14, 2022**.  Responsive submissions are due on **January 21, 2022.**

Dated:  New York, New York
        August 23, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge