UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

JOHNNY DE LOS SANTOS,

             Defendant.

**ORDER**

21 Cr. 130 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The trial in this matter, previously scheduled to begin on February 14, 2022, will instead begin on **February 15, 2022 at 9:30 a.m.** The courtroom will be announced in a subsequent order.

    A pre-trial conference will take place on **February 8, 2022 at 3:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       January 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge