UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHNNY DE LOS SANTOS,

               Defendant.

**ORDER**

21 Cr. 130 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference in the above-captioned case will take place on Friday, **February 4, 2022 at 9:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The pre-trial conference currently scheduled for February 8, 2022 is adjourned sine die.

Dated: New York, New York
       January 31 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge