UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHNNY DE LOS SANTOS,

                Defendant.

**ORDER**

21 Cr. 130 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, Defendant's trial, previously scheduled to begin on February 15, 2020, is adjourned until **April 4, 2022**. A pre-trial conference will take place on **March 28, 2022** at 10:15 a.m. To the extent that Defendant's new counsel intends to amend Defendant's pre-trial filings or make additional pre-trial applications, these shall be filed by February 28, 2022.

Dated:  New York, New York
          February 11, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge