**PERINI & HOERGER**
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

RAYMOND G. PERINI  
MAUREEN S. HOERGER

(631)232-2224  
FAX  (631)232-2344

Hon. Paul G. Gardephe             February 28, 2022  
United States District Court  
Southern District of New York  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Dear Judge Gardephe,       re: **United States v. Johnny De Los Santos**  
                                    21-cr-130 (PGG)

Pursuant to our last conference, I have been retained by the defendant, I have received and reviewed all of the pre-trial discovery with the assistance of the government, and I have reviewed all of the pre-trial submissions by both sides.

At this time the defendant does not wish to add to or withdraw any of the motions and requests made in his behalf by previous counsel.

Thank you for giving me the time to review the various documents and discovery.

                                                      Sincerely,  
                                                      PERINI & HOERGER

                                                      RAYMOND G. PERINI

Cc: Thomas Burnett, AUSA

    **Memo Endorsed:** The Clerk of Court is directed to terminate this motion (Dkt. No. 40).  
    Dated:  March 1, 2022

                                  SO ORDERED.

                                  *[signature]*  
                                  _____  
                                  Paul G. Gardephe  
                                  United States District Judge