UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JOHNNY DE LOS SANTOS,

                Defendant.

**ORDER**

21 Cr. 130 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A change-of-plea conference in this case will take place on **March 18, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge